UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: LIANE FISHER LAW PLLC - 1960

| | |
|---|---|
| MADELINE RUIZ | Index #: 12 CV 4504 |
| Plaintiff(s) | |
| - against - | Purchased: June 8, 2012 |
| | Date Filed: |
| LOEHMANN'S HOLDINGS INC., ETAL | |
| Defendant(s) | **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 26, 2012 at 10:05 AM at

THE OFFICE OF THE SECRETARY OF STATE
99 WASHINGTON AVENUE
ALBANY, NY 12231

deponent served the within two true copies of the SUMMONS IN A CIVIL ACTION AND COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE MIRIAM GOLDMAN CEDARBAUM on LOEHMANN'S HOLDINGS INC., the defendant/respondent therein named,

**SECRETARY OF STATE**   by delivering two true copies to DONNA CHRISTIE personally, an agent in the office of the Secretary of State of the State of New York and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under Section 306 of the Business Corporation Law and tendering the required fee of $40.00.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 40 | 5'5 | 145 |

Sworn to me on:  June 26, 2012



| | | | |
|---|---|---|---|
| Linda Forman | Robin Forman | GOTHAM PROCESS INC. | |
| Notary Public, State of New York | Notary Public, State of New York | 299 Broadway | **STEVEN C. AVERY** |
| No. 01FO5031305 | No. 01FO6125415 | New York NY  10007 | |
| Qualified in New York County | Qualified in New York County | | |
| Commission Expires August 1, 2014 | Commission Expires April 18, 2013 | | Docket #:    *815409* |