UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK   Attorney: LIANE FISHER LAW PLLC - 1960

MADELINE RUIZ

                                                      Plaintiff(s)

- against -

LOEHMANN'S HOLDINGS INC., ETAL

                                                      Defendant(s)

Index #: 12 CV 4504

Purchased: June 8, 2012
Date Filed:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.



That on June 26, 2012 at 10:05 AM at

THE OFFICE OF THE SECRETARY OF STATE
99 WASHINGTON AVENUE
ALBANY, NY 12231

deponent served the within two true copies of the SUMMONS IN A CIVIL ACTION AND COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE MIRIAM GOLDMAN CEDARBAUM on LOEHMANN'S REAL ESTATE HOLDINGS, INC., the defendant/respondent therein named,

**SECRETARY OF STATE**    by delivering two true copies to DONNA CHRISTIE personally, an agent in the office of the Secretary of State of the State of New York and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under Section 306 of the Business Corporation Law and tendering the required fee of $40.00.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 40 | 5'5 | 145 |

Sworn to me on: June 26, 2012

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2014

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2013

GOTHAM PROCESS INC.
299 Broadway
New York NY 10007

STEVEN C. AVERY

Docket #:    *815413*