

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MADELINE RUIZ,

                          Plaintiff,

        -against-

LOEHMANN'S HOLDINGS INC.,
LOEHMANN'S OPERATING CO.,
LOEHMANN'S REAL ESTATE HOLDINGS,
INC., and LOEHMANN'S, INC.,

                          Defendants.

12 CV 4504 (MGC)

**STIPULATION AND ORDER**

        **IT IS HEREBY STIPULATED AND AGREED** that the time for
defendants to appear, answer, or otherwise move respect to the Complaint shall be, and
hereby is, extended through and including August 15, 2012.

Dated:  New York, New York
        July 6, 2012

LIANE FISHER LAW PLLC

By: _____
        Liane Fisher (LF-5708)

The Woolworth Building
233 Broadway, Suite 1800
New York, New York 10279
(212) 571-0700
Attorney for Plaintiff

KAUFF MCGUIRE & MARGOLIS LLP

By: _____
        Kenneth A. Margolis (KM-9127)

950 Third Avenue
Fourteenth Floor
New York, NY 10022
(212) 644-1010
Attorneys for Defendants

SO ORDERED·

_____
        U.S.D.J.   July 16, 2012

4833-8909-3648.1