UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MADELINE RUIZ,

                                                      Doc. No.:12-cv-4504(MGC)

        Plaintiffs,

            -against-

LOEHMANN'S HOLDINGS INC., LOEHMANN'S
OPERATING CO., LOEHMANN'S REAL ESTATE
HOLDINGS, INC., and LOEHMANN'S, INC.,

        Defendants.
------------------------------------------------------------------X

PLEASE TAKE NOTICE that Michael Taubenfeld, Esq. hereby appears in connection with the above-referenced action on behalf of Plaintiff.

                                              Respectfully submitted,

Dated: August 15, 2012
      New York, New York          By: _____/s/_____
                                              Michael Taubenfeld (MT-4640)
                                              LIANE FISHER LAW PLLC
                                              233 Broadway, Suite 2340
                                              New York, New York 10279
                                              Phone: (212) 571-0700
                                              Fax: (212) 233-3801
                                              michael@serrinsfisher.com
                                              *ATTORNEYS FOR PLAINTIFF*