Lederbaum J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MADELINE RUIZ,

        Plaintiff,

-against-

LOEHMANN'S HOLDINGS INC.,
LOEHMANN'S OPERATING CO.,
LOEHMANN'S REAL ESTATE HOLDINGS,
INC., and LOEHMANN'S, INC.,

        Defendants.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/12

12 CV 4504 (MGC)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED that the time for defendants to appear, answer, or otherwise move respect to the Complaint shall be, and hereby is, extended through and including September 17, 2012.

Dated: New York, New York
      August 13, 2012

LIANE FISHER LAW PLLC

By: _____
Liane Fisher (LF-5708)

The Woolworth Building
233 Broadway, Suite 1800
New York, New York 10279
(212) 571-0700
Attorney for Plaintiff

KAUFF MCGUIRE & MARGOLIS LLP

By: _____
Kenneth A. Margolis (KM-9127)

950 Third Avenue
Fourteenth Floor
New York, New York 10022
(212) 644-1010
Attorneys for Defendants

S/

SO ORDERED:

_____
U.S.D.J.
August 23, 2012

4822-4525-9280.1