UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MADELINE RUIZ,

                Plaintiff,

      -against-

LOEHMANN'S HOLDINGS INC.,
LOEHMANN'S OPERATING CO.,
LOEHMANN'S REAL ESTATE HOLDINGS,
INC., and LOEHMANN'S, INC.,

                Defendants.

12 CV 4504 (MGC)

**STATEMENT PURSUANT TO LOCAL RULE 7.1**

Defendants, LOEHMANN'S HOLDINGS INC., LOEHMANN'S OPERATING CO., LOEHMANN'S REAL ESTATE HOLDINGS, INC., and LOEHMANN'S, INC., by their attorneys, Kauff McGuire & Margolis LLP, as and for their statement pursuant to Local Rule 7.1, state that LOEHMANN'S HOLDINGS INC. is the parent of the other Defendants, that none of the Defendants are publicly held corporations, and that no publicly held corporation owns 10% or more of the stock of any of the Defendants.

Dated: New York, New York
       September 17, 2012

KAUFF MCGUIRE & MARGOLIS LLP

By: _____
    Kenneth A. Margolis (KM-9127)

950 Third Avenue
Fourteenth Floor
New York, New York  10022
(212) 644-1010
Attorneys for Defendants

4847-3231-0801.1