UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------

MADELINE RUIZ,             Plaintiff,        Case No. 12-cv-4504(MGC)

-against-

LOEHMANN'S HOLDINGS INC.,
LOEHMANN'S, et. al.        Defendant.
-------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Liane Fisher
FILL IN ATTORNEY NAME

My SDNY Bar Number is: LF5708          My State Bar Number is 4397980

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Liane Fisher Law PLLC
            FIRM ADDRESS: 233 Broadway, Suite 1800, New York, NY 10279
            FIRM TELEPHONE NUMBER: 212-571-0700
            FIRM FAX NUMBER: 212-406-2313

NEW FIRM:   FIRM NAME: Serrins Fisher LLP
            FIRM ADDRESS: 233 Broadway, Suite 2340, New York, NY 10279
            FIRM TELEPHONE NUMBER: 212-571-0700
            FIRM FAX NUMBER: 212-233-3801

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 11/13/12

L. Fisher
ATTORNEY'S SIGNATURE