UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MADELINE RUIZ,

                                              Doc. No.:12-cv-4504(MGC)

        Plaintiff,

            -against-

LOEHMANN'S HOLDINGS INC., LOEHMANN'S
OPERATING CO., LOEHMANN'S REAL ESTATE
HOLDINGS, INC., and LOEHMANN'S, INC.,

        Defendants.
------------------------------------------------------------------X

PLEASE TAKE NOTICE that Alan Serrins, Esq. hereby appears in connection with the above-referenced action on behalf of Plaintiff.

                                              Respectfully submitted,

Dated: December 13, 2012
       New York, New York                By:    _____/s/_____
                                                    Alan Serrins, Esq. (AS – 4719)
                                                    SERRINS FISHER LLP
                                                    233 Broadway, Suite 2340
                                                    New York, New York 10279
                                                    Phone: (212) 571-0700
                                                    Fax: (212) 233-3801
                                                    alan@serrinsfisher.com
                                                    *ATTORNEYS FOR PLAINTIFF*