JAN-16-2013 WED 03:38 PM                            FAX NO.                        P. 02/02





# KM&M
K A U F F   M c C U I R E &  M A R G O L I S   L L P

950 THIRD AVENUE · FOURTEENTH FLOOR
NEW YORK, N.Y. 10022

KENNETH A. MARGOLIS
DIRECT DIAL: (212) 909-0705
DIRECT FAX: (212) 909-3505
MARGOLIS@KMM.COM

TELEPHONE (212) 644-1010
FACSIMILE (212) 644-1936

NEW YORK
LOS ANGELES
WWW.KMM.COM

January 16, 2013

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 1/17/13

**VIA FACSIMILE 212-805-7990**

Hon. James L. Cott
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  Ruiz v. Loehmann's Holdings Inc. et al.
      12 CV 4504 (MGC)
      KM&M File No. 11455-0017

Dear Judge Cott:

This firm represents Loehmann's Holdings Inc. et al. in the referenced matter. We write to seek a brief adjournment of the settlement conference scheduled for February 1. An adjournment is required because the principal representative of our client, whose presence at the conference is necessary, will be traveling out of the state during the entire week in which February 1 falls. Counsel for plaintiff consents to the request.

All parties are available on February 5 (in the afternoon), February 25 (in the afternoon) and February 28 (any time), dates which Chambers suggested may be convenient for the Court. Counsel for plaintiff would prefer one of the first two dates.

Thank you for your consideration.

Very truly yours,

Kenneth A. Margolis

KAM/ep

cc:  Michael Taubenfeld, Esq. (via fax)

*The conference is adjourned to February 25 at 2 p.m. Exparte settlement letters will be done on February 18. SO ORDERED.*

*James L. Cott*
*USMJ 1/16/13*

4816-1473-1282.1

USDC SDNY
DATE SCANNED  1/17/13